IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-CR-204-BO-1
NO. 5:11-CV-228-BO

| | |
|---|---|
| RICHARD STEVEN KEEN ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

In light of *United States v. Simmons*, No. 08-4475, 2011 WL 3607266 (4th Cir. Aug. 17, 2011) (en banc), the Petitioner is hereby **ALLOWED** to amend his Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 [DE 22] no later than thirty days from the date of this Order. The Government is **DIRECTED** to file an updated response to Petitioner's § 2255 Motion within 30 days from the date Respondent amends his § 2255 motion, or, in any event, within 60 days from the date of this Order.

**IT IS SO ORDERED**, this the 23 day of August, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE